JOHN L. CARLTON (Cal. State Bar No. 088925)
LAW OFFICE OF JOHN L. CARLTON
225 South Lake Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 432-5413
Facsimile: (626) 432-5414
E-mail: jcarlton@medranocarlton.com

Attorneys for Defendant ALBERT MORALES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-173-GW-34 |
| Plaintiff, | **ORDER FOR PRE-PLEA REPORT** |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., 34) ANDREW PINEDA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a pre-plea report limited to determination of defendant ANDREW PINEDA criminal history.

IT IS FURTHER ORDERED that preparation of said pre-plea report shall be initiated forthwith, and that the report be completed within thirty (30) days), if possible.

//

//

//

1  IT IS FURTHER ORDERED that a copy of said pre-plea report be provided to
2  John L. Carlton, counsel for defendant.

Dated: September 10, 2018

*[signature]*
GEORGE H. WU
United States District Judge