UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW PINEDA,<br>  aka "Mighty,"<br>  aka "Shy Boy,"<br><br>    Defendant. | No. CR 18-00173-GW-34<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. § 851: Proceedings to Establish Prior Felony Drug Convictions] |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. § 851]

Defendant ANDREW PINEDA, also known as ("aka") "Mighty," aka "Shy Boy" ("PINEDA"), prior to committing the offense alleged in Count Six of the Indictment in <u>United States v. Jose Landa-Rodriguez, et al.</u>, No. CR 18-00173-GW, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about May 16, 2007, in the Superior Court of the State of California, County of Los Angeles, case number GA068785, defendant PINEDA was convicted of Possession of a

Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378.

COUNT TWO

[21 U.S.C. § 851]

Defendant ANDREW PINEDA, also known as ("aka") "Mighty," aka "Shy Boy" ("PINEDA"), prior to committing the offense alleged in Count Six of the Indictment in United States v. Jose Landa-Rodriguez, et al., No. CR 18-00173-GW, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about October 22, 2013, in the Superior Court of the State of California, County of Los Angeles, case number GA089882, defendant PINEDA was convicted of Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a).

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief, Organized Crime
  Drug Enforcement Task Force Section

MAX B. SHINER
Assistant United States Attorney
Violent & Organized Crime Section