```
JOHN L. CARLTON (Cal. State Bar No. 088925)
LAW OFFICE OF JOHN L. CARLTON
225 South Lake Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 432-5413
Facsimile: (626) 432-5414
E-mail: jcarlton@medranocarlton.com
```

Attorneys for Defendant ANDREW PINEDA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LANDA-RODRIGUEZ, et al.,<br>ANDREW PINEDA (#34),<br><br>    Defendants. | Case No.: 2:18-CR-00173 GW (034)<br><br>DEFENDANT ANDREW PINEDA'S EX PARTE APPLICATION TO PERMIT SPECIAL APPEARANCE FOR COUNSEL AT STATUS CONFERENCE; DECLARATION<br><br>Date: June 27, 2019<br>Time: 12:00 p.m.<br>Courtroom: 1, First Street Courthouse<br><br>Hon. George Wu |

Defendant Andrew Pineda, by and through his attorney of record, John L. Carlton, hereby applies to the Court ex parte for an order allowing Patrick W. McLaughlin to specially appear for counsel of record at the status conference set for June 27, 2019 at 12:00 p.m. This application is based on the attached declaration of John L. Carlton.

1

EX PARTE APPLICATION FOR ORDER ALLOWING SPECIAL APPEARANCE

## DECLARATION OF COUNSEL

I, John L. Carlton, hereby state and declare as follows:

1. I am counsel of record for Andrew Pineda, a defendant in this action, and make this declaration in support of the ex parte application for an order permitting attorney Patrick W. McLaughlin to appear specially on defendant Pineda's behalf at the status conference presently scheduled for June 27, 2019 at 12:00 p.m. I have personal knowledge of the matters stated herein and would so testify.

2. I will be unable to attend that status conference because I will be out of the country on a planned group vacation.

3. I have communicated with Mr. McLaughlin, who represents another defendant in this case. Mr. McLaughlin indicated he is willing to specially appear for me at the status conference on June 27, 2019 at 12:00 p.m.

4. I have communicated with the government by email. The government indicated it has no objection to this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of May, 2019, at Pasadena, California.

Respectfully submitted,

/s/ John L. Carlton
JOHN L. CARLTON
Attorney for Defendant ANDREW PINEDA

EX PARTE APPLICATION FOR ORDER ALLOWING SPECIAL APPEARANCE